_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 31, 2018

ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
8965 S Eastern Ave, Suite 260
Las Vegas, NV 89123
Telephone: (702) 614-0600
*Attorney for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 17-12299-abl |
| SOUTHEAST HOLDINGS CORPORATION, | Chapter 7 |
| Debtor. | |
| BRIAN D. SHAPIRO, Trustee | Adv. No. 18-01046-abl |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO EXTEND DISCOVERY DEADLINES** |
| ODIN, LLC; and JULIA VASSINA; | |
| Defendants. | |

    The Court considered the stipulation between Plaintiff and Defendant entitled STIPULATION TO EXTEND DISCOVERY DEADLINES [Adv. ECF #20] (the "*Stipulation*").

-1-

Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation (attached here as **Exhibit A**) is approved.
2. The deadline for Defendants to produce their Initial Disclosures and List of Witnesses is hereby set for **November 27, 2018**. If Defendants do not produce the documents on or before that date, then Plaintiff may file a motion to compel under Bankruptcy Rule 7037 / FRCP 37 and seek any appropriate relief.
3. The deadline for Defendant to respond to the request for production of documents is hereby set for **November 27, 2018**. If Defendants do not produce the documents on or before that date, then Plaintiff may file a motion to compel under Bankruptcy Rule 7037 / FRCP 37 and seek any appropriate relief.
4. Plaintiff may serve notices of rescheduled depositions on Defendants, setting a specific time, date, and location in the future for the two depositions.
5. The discovery deadline is hereby extended to **March 31, 2019**.

**IT IS SO ORDERED.**

# # #

Respectfully submitted by:

   /s/ Robert E. Atkinson
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958

# EXHIBIT A

1  ROBERT E. ATKINSON, ESQ., Bar No. 9958
   Email: robert@nv-lawfirm.com
2  **ATKINSON LAW ASSOCIATES LTD.**
3  8965 S Eastern Ave, Suite 260
   Las Vegas, NV 89123
4  Telephone: (702) 614-0600
   *Attorney for Plaintiff*
5
                    **UNITED STATES BANKRUPTCY COURT**
6                       **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 17-12299-abl |
| | Chapter 7 |
| SOUTHEAST HOLDINGS CORPORATION, | |
| Debtor. | |
| | |
| BRIAN D. SHAPIRO, Trustee; | Adv. No. 18-01046-abl |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND** |
| | **DISCOVERY DEADLINES** |
| ODIN, LLC; and JULIA VASSINA; | |
| Defendants. | |

   Plaintiff BRIAN SHAPIRO, Trustee ("Plaintiff") and defendants ODIN, LLC and JULIA VASSINA ("Defendants") hereby stipulate and agree as follows:

   WHEREAS, on September 6, 2018, Plaintiff produced its Initial Disclosures and List of Witnesses and served it on Defendants; and

   WHEREAS, Defendants have not yet produced their set of Initial Disclosures and List of Witnesses, but an agreement had been reached (via email) between counsel for Plaintiff and Defendants to allow for a courtesy extension, to October 30, 2018, for the time for the Defendants to produce their initial disclosures and list of witnesses; and

   WHEREAS, on September 6, 2018, Plaintiff propounded the following discovery on Defendants:

   - First Set of Request for Production of Documents to Defendant Odin, LLC
   - First Set of Request for Production of Documents to Defendant Julia Vassina

   ; and

-1-

WHEREAS, an agreement had been reached (via email) between counsel for Plaintiff and Defendants to allow for a courtesy extension, to October 30, 2018, for the time for the Defendants to produce responses to the requests for production of documents; and

WHEREAS, on September 6, 2018, Plaintiff served the following notices of deposition on Defendants:

- Notice of Deposition of PMK of Odin, LLC
- Notice of Deposition of Julia Vassina

which set a deposition date of October 19, 2018 for both deponents; and

WHEREAS, an agreement had been reached (via email) between counsel for Plaintiff and Defendants to allow for a courtesy extension to agree upon select the final date, time, and location of the depositions, targeting the second week of November in Los Angeles, but that date having not yet been set despite recent demand made upon Defendants to provide a list of available dates and times; and

WHEREAS, on October 27, 2018, current counsel for Defendants (Christopher Burke, Esq.) filed a motion on shortened time to withdraw as attorney of record for Defendants, to which Plaintiff has no opposition; and

WHEREAS, the continued scheduling conference in this adversary case has been set for November 20, 2018 at 10:00 a.m.; and

WHEREAS, the discovery deadline is currently set for December 31, 2018, so an extension to that period is required;

THEREFORE, in order to accommodate the withdrawal and to permit Defendants time to obtain new counsel and respond and participate in discovery, the parties agree to modify the discovery deadlines, as follows:

///
///
///
///
///

-2-

IT IS HEREBY STIPULATED AND AGREED:

1. The deadline for Defendants to produce their Initial Disclosures and List of Witnesses is set for **November 27, 2018**. If Defendants do not produce the documents on or before that date, then Plaintiff may file a motion to compel under Bankruptcy Rule 7037 / FRCP 37 and seek any appropriate relief.

2. The deadline for Defendant to respond to the request for production of documents is set for **November 27, 2018**. If Defendants do not produce the documents on or before that date, then Plaintiff may file a motion to compel under Bankruptcy Rule 7037 / FRCP 37 and seek any appropriate relief.

3. Plaintiff may serve notices of rescheduled depositions on Defendants, setting a specific time, date, and location in the future for the two depositions.

4. The discovery deadline shall be extended to **March 31, 2019**.

IT IS SO STIPULATED AND AGREED.

# # # # #

Dated:   October 29, 2018                                          Dated:   October 29, 2018


  /s/ Robert Atkinson                                                    /s/ Christopher Burke
ROBERT E. ATKINSON, ESQ.                             CHRISTOPHER P. BURKE, ESQ.
Nevada Bar #9958                                                   Nevada Bar #4093
*Attorney for Plaintiff*                                                *Attorney for Defendants*

-3-