|   |   |
|---|---|
| CHRISTOPHER P. BURKE, ESQ.<br>Nevada Bar No.: 004093<br>*atty@cburke.lvcoxmail.com*<br>218 S. Maryland Pkwy.<br>Las Vegas, Nevada 89101<br>(702) 385-7987<br>Attorney for Defendants<br>ODIN, LLC. and Julia Vassina | ECF Filed on 11/1/2018 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SOUTHEAST HOLDING CORPORATION,<br><br>Debtor.<br>BRIAN SHAPIRO, Trustee;<br><br>    Plaintiff,<br>vs.<br><br>ODIN, LLC.; and<br>JULIA VASSINA;<br><br>    Defendants. | Adv. No.: 18-01046-ABL<br><br>Chapter 7<br><br>Case No.: 17-12299-ABL<br><br><br><br><br><br><br><br>Date: November 19, 2018<br>Time: 9:30 a.m. |

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Christopher P. Burke, Esq., and on the 1st day of November, 2018, I caused to be served a true and correct copy of:

1.    Notice of Motion, Motion to Allow Withdrawal of Counsel and Order Shortening Time (Dkt.#16, #24, Dkt. #25):

   X    (Under Administrative Order 02-1(Rev.8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above- referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

   X    (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas,

1  Nevada to the parties listed below, at their last known mailing addresses, on the date above
2  written.

3  ___ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-
4  referenced document for overnight delivery via Federal Express, at a collection facility
   maintained for such purpose, addressed to the parties on the attached service list, at their
5  last known delivery address, on the date above written.

6

7  ___ (FACSIMILE)  That I served a true and correct copy of the above-referenced
   document via facsimile, to the facsimile numbers indicated, to those persons listed on the
8  attached service list, on the date above written.

9
       DATED: November 1, 2018.
10
                                              /S/ Adriana Pelayo
11                                            Employee of
                                              Christopher P. Burke, Esq.
12
   Julia Vassina
13 10787 Wilshire Blvd. APT 601
   Los Angeles, CA 90024
14

15 ODIN, LLC
   Managing agent
16 C/O INCORP SERVICES, INC.
17 36 SO 18TH Ave Ste D
   Brighton, CO 80601
18

19 Robert E. Atkinson, Esq.
   Atkinson Law Associates LTD.
20 8965 S. Eastern Ave. Suite 260
21 Las Vegas, NV 89123
   robert@nv-lawfirm.com
22 Attorney for Plaintiff
23 **(sent ECF notice)**

24
25
26
27
28