ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
8965 S Eastern Ave, Suite 260
Las Vegas, NV 89123
Telephone: (702) 614-0600
Facsimile: (702) 614-0647
*Attorney for Plaintiff Brian D. Shapiro, Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTHEAST HOLDINGS CORPORATION;<br><br>                    Debtor. | Case No. 17-12299-abl<br>Chapter 7 |
| BRIAN SHAPIRO, Trustee;<br><br>                    Plaintiff,<br>v.<br><br>ODIN, LLC; and<br>JULIA VASSINA;<br><br>                    Defendant. | Adv. No. 18-01046-abl<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that I caused to be served the following document(s):

- NOTICE OF SUBPOENA ON WELLS FARGO BANK, N.A. (Adv. ECF #38)

at the time and by the following means to the persons and entities as listed below:

■ **U.S. MAIL** – On December 28, 2018 to the addresses provided for Defendants per the order approving the withdrawal of their former counsel [Adv. ECF #27]:

> **Julia Vassina**
> **10787 Wilshire Blvd. Apt 601**
> **Los Angeles, CA 90024**

-1-

ODIN, LLC
Managing Agent
C/O INCORP SERVICES, INC.
36 SO 18TH Ave Ste D
Brighton, CO 80601

DATED: December 28, 2018      **ATKINSON LAW ASSOCIATES LTD.**

By:   /s/ Robert Atkinson
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
*Attorney for Plaintiff*