ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Road Suite 130
Las Vegas, Nevada 89119
Telephone:  (702) 614-0600
Facsimile:  (702) 614-0647
*Attorney for Brian D. Shapiro, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>SOUTHEAST HOLDINGS CORPORATION;<br>　　　　　　　　Debtor. | Case No. 17-12299-abl<br>Chapter 7 |
| BRIAN SHAPIRO, Trustee;<br>　　　　　　　　Plaintiff,<br>v.<br>ODIN, LLC; and<br>JULIA VASSINA;<br>　　　　　　　　Defendants. | Adv. No. 18-01046-abl<br>**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY** |

　　　　**PLEASE TAKE NOTICE** that the law firm of Atkinson Law Associates Ltd., and its attorney Robert Atkinson, has moved to the new office address listed below. The phone number, facsimile number and email addresses will all remain the same.  Please revise your service lists accordingly:

　　　　　　　　**Robert Atkinson, Esq.**
　　　　　　　　**ATKINSON LAW ASSOCIATES LTD**
　　　　　　　　**376 E Warm Springs Road Suite 130**
　　　　　　　　**Las Vegas NV 89119**

DATED:  January 18, 2019　　　　　　**ATKINSON LAW ASSOCIATES LTD.**

　　　　　　　　　　　　　　　　　　By:　　　/s/ Robert E. Atkinson
　　　　　　　　　　　　　　　　　　ROBERT E. ATKINSON, ESQ.
　　　　　　　　　　　　　　　　　　Nevada Bar No. 9958