1    ROBERT E. ATKINSON, ESQ., Bar No. 9958
     Email:  robert@nv-lawfirm.com
2    **ATKINSON LAW ASSOCIATES LTD.**
     376 E Warm Springs Rd, Suite 130
3    Las Vegas, NV 89119
4    Telephone:  (702) 614-0600
     Facsimile:  (702) 614-0647
5    *Attorney for Plaintiff Brian D. Shapiro, Trustee*

6                    **UNITED STATES BANKRUPTCY COURT**
7                     **FOR THE DISTRICT OF NEVADA**

8
          In re:                                    Case No. 17-12299-abl
9                                                   Chapter 7
          SOUTHEAST HOLDINGS
10        CORPORATION;
11                         Debtor.

12
          BRIAN D. SHAPIRO, Trustee;              Adv. No. 18-01046-abl
13
                         Plaintiff,
14        v.                                      **CERTIFICATE OF SERVICE**
15
          ODIN, LLC; and
16        JULIA VASSINA;

17                         Defendants.

18    The undersigned hereby certifies that I caused to be served the following document(s):
19    • NOTICE OF ENTRY OF ORDER  (DE #45)
20    • NOTICE OF ENTRY OF ORDER  (DE #46)

21    at the time and by the following means to the persons and entities as listed below:

22            ■ **U.S. MAIL** – On January 31, 2019 to:

23                        ODIN, LLC
                          ATTN: OFFICER
24                        10787 Wilshire Blvd Suite 601
25                        Los Angeles, CA 90024

26                        ODIN, LLC
                          C/O INCORP SERVICES, INC.
27                        36 SOUTH 18TH AVE STE D
28                        BRIGHTON, CO 80601

                                   -1-

1

2
              JULIA VASSINA
              10787 WILSHIRE BLVD APT 601
              LOS ANGELES, CA 90024

3

4
              MICHAEL WEISS, ESQ.
              WEISS & SPEES, LLP
              6310 SOUTH SAN VICENTE BLVD SUITE 401

5
              LOS ANGELES CA 90067

6
DATED:  January 31, 2019         **ATKINSON LAW ASSOCIATES LTD.**

7

8
                     By:  _____/s/ Robert Atkinson_____
                     ROBERT E. ATKINSON, ESQ.

9
                     Nevada Bar No. 9958
                     *Attorney for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28