NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

| | |
|---|---|
| IN RE: | BK-17-12299-abl |
| SOUTHEAST HOLDINGS CORPORATION, | CHAPTER 7 |
| Debtor(s) | |
| | Adversary Proceeding: 18-01046-abl |
| BRIAN D. SHAPIRO, et al, | COMPLAINT, SUMMONS |
| Plaintiff(s) | STANDARD DISCOVERY PLAN AND |
| | SCHEDULING ORDER PACKET |
| vs | |
| | Hearing Date: August 27, 2019 |
| ODIN, LLC | Hearing Time: 10:00 |
| JULIA VASSINA | |
| SHERMAN MAZUR, et al, | |
| Defendant(s) | |

I, _Crystal Bennett_, certify that I am at least 18 years old and not a party to the matter concerning
  (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on _AUG. 26, 2019_
    (date)

by:

☒   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

_SEE Attached_

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: (Describe briefly)

☐   State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: (Describe briefly)                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: Aug. 26, 2019                    Signature: /s/ Crystal Bennett

Print Name: CRYSTAL BENNETT
Business Address: 376 E. Warm Springs Rd. Ste 130
City: Las Vegas          State: NV          Zip: 89119

SHERMAN MAZUR
10787 WILSHIRE BLVD APT 601
LOS ANGELES, CA 90024


SHERMAN MAZUR
C/O MICHAEL H. WEISS, ESQ.
6310 SAN VICENTE BOULEVARD
LOS ANGELES, CA 90048